UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

05 379

---------------------------------------------------------

HAZEL LACKS
Plaintiff

v. CA No.:05-

ROBERT DOWBEN
Defendant

---------------------------------------------------------X

**COMPLAINT**

Plaintiff, complaining of the defendant, says as follows:

**FIRST CAUSE OF ACTION**

1. Jurisdiction is founded on diversity of citizenship and amount in controversy.

2. At all times herein pertinent, defendant was, and upon information and belief still is, a resident of Providence Rhode Island.

3. Plaintiff is and, at all pertinent times, was a resident of the City and State of New York.

4. The amount in controversy exceeds the amount necessary to vest jurisdiction in this Court (28 U.S. Code Section 1332).

5. That at all times herein pertinent, the defendant, Robert M. Dowben was the operator of a motor vehicle proceeding within a parking lot of the Roger Williams Zoo in the City of Providence in the State of Rhode Island.

6. That at all times herein pertinent, the defendant, Robert M. Dowben was the owner of a motor vehicle proceeding within a parking lot of the Roger Williams Zoo in the City of Providence in the State of Rhode Island.

7. That at all times herein pertinent, among other pedestrians, the plaintiff Hazel Lacks, was a pedestrian at or about the aforesaid location.

8. That on or about July 6, 2004 in the afternoon of that day the vehicle operated by the defendant struck the plaintiff causing her to be precipitated to the ground running over a portion of her body and causing her to sustain severe grievous and permanent personal injuries.

9. That the aforesaid occurrence was caused by reason of the carelessness and negligence of the defendant in failing to yield the right of way to a pedestrian, in failing to keep a proper lookout, in failing to make prompt and timely use of proper and sufficient brakes, horns, and signaling devices, in failing to adequately warn the plaintiff, in negligently and

carelessly striking the plaintiff, in traveling a greater rate of speed than care and caution would permit under the circumstances and in being otherwise careless and negligent.

10. That as a result of the foregoing the plaintiff suffered severe personal injuries including but not limited to fractured bones, a crush injury to her right leg, impairment of function, limp, impairment of activities of daily living, pain, suffering, mental anguish, emotional trauma and other injuries. Upon information and belief a number of these injuries are permanent in nature and some will likely be progressive and worsen over time. In addition plaintiff incurred expenses and monetary losses including those for medical and hospital care and will likely incur such losses into the future.

11. That the negligence and carelessness of the defendant was the proximate cause of the injuries and damages sustained by the plaintiff.

12. As a result of the foregoing the plaintiffs have been damaged in an amount which vests jurisdiction in this Court and demand appropriate recompense.

WHEREFORE, the plaintiff demands damages which are fair and reasonable.

**JURY DEMAND**

Plaintiff demands a trial by Jury.

Dated this 31st day of August, 2005

Bennett J. Bergman (#6364)
Attorney for Plaintiff
750 East Avenue
Pawtucket, RI 02860
Telephone: (401) 723-1010
Fax: (401) 723-2020