UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAZEL LACKS :
:
VS. : C.A. NO: 05-379T
:
ROBERT DOWBEN :

**ENTRY OF APPEARANCE**

Robert J. Quigley, Jr., hereby enters his appearance as counsel on behalf of defendant Robert Dowben.

Defendant,
By His Attorney,

Robert J. Quigley, Jr. #2483
95 Chestnut Street, 6th Fl
Providence, RI 02903
Tel: (401) 454-4550
Fax: (401) 454-4563

**CERTIFICATION**

I hereby certify that a true copy of the within document was mailed to **Bennett J. Bergman, Esq.,** 750 East Avenue, Pawtucket, RI 02860 on this 21st day of September, 2005.