UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HAZEL LACKS | : | |
| | : | |
| VS. | : | C.A. NO: 05-379T |
| | : | |
| ROBERT DOWBEN | : | |

**ANSWER OF DEFENDANT ROBERT DOWBEN**

1. Neither admitted nor denied.

2. Admitted.

3. Defendant has insufficient information to admit or deny the allegations of this paragraph and leaves the plaintiff to her proof thereof.

4. Neither admitted nor denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Neither admitted nor denied.

**SECOND DEFENSE**

Without assuming the burden of proof thereof, defendant asserts that the plaintiff was negligent and that the plaintiff's negligence was a proximate cause of the subject accident and resulting injuries.

**THIRD DEFENSE**

Defendant asserts the defense of comparative negligence.

**FOURTH DEFENSE**

Defendant asserts the defense of assumption of the risk.

**FIFTH DEFENSE**

This Court lacks jurisdiction over the subject matter of this claim.

Defendant,
By His Attorney,

Robert J. Quigley, Jr. #2483
95 Chestnut Street, 6th Fl
Providence, RI 02903
Tel: (401) 454-4550
Fax: (401) 454-4563

Defendant hereby demands a trial by jury and designates Robert J. Quigley, Jr. as trial counsel.

**CERTIFICATION**

I hereby certify that a true copy of the within document was mailed to **Bennett J. Bergman, Esq.,** 750 East Avenue, Pawtucket, RI 02860 on this 21st day of September, 2005.

Madelyn Rodrigues