UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAZEL LACKS

C.A. 05-379T

VS

ROBERT DOWBEN

## DISMISSAL STIPULATION

All claims are hereby dismissed with prejudice no interest, no costs.

Plaintiff By Her Attorneys

Bennett J. Bergman, Esquire
750 East Avenue
Pawtucket, RI 02860
(401) 723-1010

Defendant By His Attorney

Robert J. Quigley, Jr.(2483)
McKenney Jeffrey & Quigley
95 Chestnut Street
Providence, RI 02903

DATED 7-12-06

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 7/28/06